**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

Case No. SACV 12-02230-CJC(MLGx)                                        Date: January 7, 2013

Title: TROY KASPER V. CARMAX AUTO SUPERSTORES WEST COAST, INC., ET AL.

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                                                  None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THIS CASE SHOULD NOT BE REMANDED FOR LACK OF JURISDICTION**

      Plaintiff Troy Kasper ("Plaintiff") filed this action against Carmax Auto Superstores West Coast, Inc. and Carmax Auto Superstores California, LLC (together "Carmax Defendants"), and Justin Collins, Dan Hanohano, and Jaime Benavidez (collectively, "Individual Defendants"), on November 20, 2012 in state court. The Carmax Defendants removed the case to federal court on December 28, 2012, citing diversity jurisdiction. (Dkt. No. 1.) Although the Individual Defendants are alleged to be California residents, the Carmax Defendants argue that the individuals were fraudulently joined to the proceedings. Therefore, they argue, the residencies of the Individual Defendants should be ignored in determining whether subject matter jurisdiction exists. The Carmax Defendants also assert that the amount in controversy in this case exceeds $75,000, even though Mr. Kasper does not attach a monetary figure to his Complaint. Before the Court determines whether it has jurisdiction to hear this case, it requires further briefing on these issues. The Court therefore **ORDERS** the defendants to show cause as to why this case should not be remanded for lack of subject matter jurisdiction. The defendants shall file their response(s) to the Court's order to show cause by January 22, 2013. Mr. Kasper will then have until January 29, 2013 to file his response. Upon the filing of Mr. Kasper's response, the matter will stand submitted.