JACK S. SHOLKOFF, CA Bar No. 145097
jack.sholkoff@ogletreedeakins.com
CHRISTOPHER W. DECKER, CA Bar No. 229426
christopher.decker@ogletreedeakins.com
VICKY H. LIN, CA Bar No. 253767
vicky.lin@ogletreedeakins.com
OGLETREE, DEAKINS, NASH,
SMOAK & STEWART, P.C.
400 South Hope Street, Suite 1200
Los Angeles, CA 90071
Telephone: 213.239.9800
Facsimile: 213.239.9045

Attorneys for Defendants
CARMAX AUTO SUPERSTORES WEST COAST, INC. and
CARMAX AUTO SUPERSTORES CALIFORNIA, LLC

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TROY KASPER,<br><br>          Plaintiff,<br><br>     v.<br><br>CARMAX AUTO SUPERSTORES WEST COAST, INC., a California corporation; CARMAX AUTO SUPERSTORES CALIFORNIA, LLC; a California limited liability company; JUSTIN COLLINS, an individual; DAN HANOHANO, an individual; and JAIME BENAVIDEZ, an individual; and DOES 1 through 250, inclusive,<br><br>          Defendants. | Case No. SACV12-2230 CJC (MLGx)<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT**<br><br>Complaint Filed: November 20, 2012 |

WORD DOCUMENT-

Case No. SACV12-2230 CJC (MLGx)
[PROPOSED] ORDER GRANTING STIPULATION TO REMAND ACTION TO STATE COURT

# ORDER

Pursuant to the stipulation submitted by Plaintiff Troy Kasper, and Defendants CARMAX AUTO SUPERSTORES WEST COAST, INC. and CARMAX AUTO SUPERSTORES CALIFORNIA, LLC, and good cause appearing therefore, the Court hereby orders that this action be remanded to the Superior Court of the State of California for the County of Orange. IT IS SO ORDERED

DATED: January 24, 2013

Hon. Cormac J. Carney
United States District Court Judge